Jared O. Smith
Attorney at Law AZ  Bar # 010465
605 W. Main Street
Safford AZ 85546
jared.smith@azbar.org
(928) 428-4484
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Melisa Lewis,**<br>                              Plaintiff,<br>vs.<br>**Town of Huachuca City**, a political subdivision of the State of Arizona,<br>                              Defendant. | NO. CV 2014 _____<br>**COMPLAINT**<br>Jury Trial Demanded |

1.  This is an action under  the Fair Labor Standards Act, to provide appropriate relief to the Plaintiff,  Melisa Lewis as a result of the unlawful and wilful failure and refusal to pay overtime wages.

2.  This action is brought pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C.§201 *et seq.*.

3.  Jurisdiction is invoked pursuant to 28 U.S.C. §§ 1331, and 1337.

4.  Venue is proper in the District of Arizona pursuant to 28 U.S.C. § 1391(b) because the events or omissions giving rise to the claim occurred in or near Huachuca City, Cochise County, State of Arizona.

5.  Plaintiff, Melisa Lewis, is a resident of Cochise County, Arizona, and a former employee of the Town of Huachuca City where she worked at the library in  Huachuca City, Arizona.

6.   Defendant Huachuca City is a political subdivision of the State of Arizona. and as such is an employer subject to the proscriptions and remedial provisions of the Fair Labor Standards Act.

7.  The plaintiff, Ms. Lewis, worked at the library of the Town of Huachuca City from

1  January of 2007 until October 3, 2013.

2  8.  Between November 1, 2012 and October 3, 2013 Ms. Lewis worked above and beyond
3  a 40 hour week for 198 or more hours.

4  9.  By its actions and omissions, the Town of Huachuca City failed or refused to pay
5  overtime compensation due to the Plaintiff under the Fair Labor Standards Act.

6  10.   The unlawful practices complained of were willful.

7  WHEREFORE, Plaintiff requests judgment against defendant as follows:

8  A.  For an award of damages of unpaid overtime, plus an equal amount as liquidated
9  damages pursuant to 29 U.S.C. § 216(b);

10 B. For an award of Plaintiff's reasonable attorneys' fees and costs; and

11 C. For an award of pre and post judgment interest on all compensation due.

12 D.  For such other and further relief as the court may deem just and proper under
13 applicable law.

## JURY DEMAND

15     Plaintiff demands trial by jury.

16 Dated: September 30, 2014.

17                               Respectfully submitted,

18                               s/Jared O. Smith
                                 JARED O. SMITH
19                               605 W. Main Street
                                 Safford, Arizona 85546
20                               Attorney for Plaintiff