UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

|  |  |
|---|---|
| Melisa Lewis,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Town of Huachuca City, a political subdivision of the State of Arizona<br><br>　　　　　　Defendant. | Case No. 4:14-cv-02388-CKJ<br><br>**ORDER** |

　　　The parties having stipulated to dismiss this matter with prejudice, and good cause appearing,

　　　IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

　　　Dated this 1st day of April, 2015.

_____
Cindy K. Jorgenson
United States District Judge

1